**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**WILLIAM C. PAIGE, SR.,**
**d/b/a Top-Line Automotive**                                                    **PLAINTIFF**

**VS.**                                                     **CIVIL ACTION NO. 3:06CV609WA**

**CITY OF McCOMB,** *ET AL.*                                              **DEFENDANTS**

## ORDER

This matter came before the court on the parties' Joint Motion to Stay, by which they seek a stay of these proceedings pending the outcome of an appeal that is pending before the Board of Aldermen. The court is of the opinion that the request should be granted; however, the court is unwilling to grant a stay that is open-ended or indefinite. Therefore, the court will grant the Motion, but only to the extent that the Defendants' obligation to answer the Complaint will be stayed until March 30, 2007.

IT IS, THEREFORE, ORDERED that the Joint Motion to Stay is hereby **granted** in part and **denied** in part, and the Defendants shall have until March 30, 2007, within which to answer or otherwise plead in this matter.

IT IS SO ORDERED, this the 29th day of January, 2007.


                                    S/Linda R. Anderson
                         UNITED STATES MAGISTRATE JUDGE